Local Form 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Microtel Inns & Suites Franchising, Inc., a Georgia Corporation  <br>*Plaintiff*  <br>v.  <br>Saint Stephen, LLC, Jitendra Patel and Rashima Patel  <br>*Defendant* | Civil Action No.  <br>1:11-cv-4479 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Rashima Patel
1052 Links Road
Myrtle Beach, SC 29575

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elisa S. Kodish
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW
Suite 1700
Atlanta, GA 30363

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: December 23, 2011



s/Anniva Sanders
*Signature of Clerk or Deputy Clerk*

Nelson Mullins       1/5/2012 9:54:11 AM  PAGE    3/003   Fax Server
Case 1:11-cv-04479-ODE   Document 7   Filed 02/06/12   Page 2 of 2
Case 1:11-cv-04479-ODE   Document 5   Filed 12/23/11   Page 2 of 2

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* RASHIMA PATEL

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* PIUS PATEL (HUSBAND) , a person of suitable age and discretion who resides there,
on *(date)* 1/24/2012 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 1/25/2012

_Timothy K Moo_____
Server's signature

TIMOTHY K MOORE
Printed name and title

215 EAST BAY ST. STE., 500-J CHARLESTON, SC
Server's address

Additional information regarding attempted service, etc:

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794


220406