IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Microtel Inns & Suites Franchising, Inc., ) <br> a Georgia Corporation, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SAINT STEPHEN, LLC, ) <br> a North Carolina Limited Liability ) <br> Company; JITENDRA PATEL, an ) <br> individual; and RASHIMA PATEL, an ) <br> individual, ) <br> ) <br> Defendants. ) | Case No. <br> 1:11-cv-04479-ODE |

**PLAINTIFF MICROTEL INNS & SUITES FRANCHISING, INC'S MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO DEFENDANT RASHIMA PATEL'S OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

NOW COMES Plaintiff Microtel Inns & Suites Franchising, Inc. ("MISF"), and hereby requests enlargement of time to file a limited reply brief in response to issues raised by Defendant Rashima Patel in her Opposition to Plaintiff's Motion for Entry of Default Judgment.

MISF filed its Motion for Entry of Default Judgment against Defendants Jitendra Patel and Rashima Patel on July 6, 2012. Defendant Rashima Patel filed an opposition brief on July 27, 2012. In her opposition brief, Defendant Rashima

Patel asserts that she was not properly served with the Complaint and that she did not become aware of the lawsuit Plaintiff filed against her until she was served with Plaintiff's Motion for Entry of Default on July 12, 2012.  MISF requests that it be granted seven additional days, through and including August 31, 2012, to file a reply to Defendant Rashima Patel's opposition brief.  MISF is in the process of working with its outside process server company, MLQ Attorney Services, to prepare supporting affidavits in response to Defendant Rashima Patel's contentions regarding improper service.  MISF attaches as Exhibit "A" a proposed order for the Court's consideration.

      Respectfully submitted this 24th day of August, 2012.

                                              s/Elisa S. Kodish
                                              Richard K. Hines, V
                                              Georgia Bar No. 356300
                                              E-mail:  richard.hines@nelsonmullins.com
                                              Elisa S. Kodish
                                              Georgia Bar No. 656769
                                              E-mail:  elisa.kodish@nelsonmullins.com

                                              *Counsel for Plaintiff Microtel Inns & Suites Franchising, Inc.*

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, Georgia  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the forgoing **PLAINTIFF MICROTEL INNS & SUITES FRANCHISING, INC'S MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO DEFENDANT RASHIMA PATEL'S OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT** by causing a copy of same to be deposited in the United States Mail, postage prepaid and addressed as follows:

>Jitendra Patel
>4622 South Ocean Blvd.
>North Myrtle Beach, SC 29582
>
>Rashima Patel
>5055 North Arco Lane
>North Charleston, SC 29418

This 24th day of August, 2012.

>s/Elisa S. Kodish
>Elisa S. Kodish